UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Amanda J. Clonch,

    Plaintiff,

v.                                              Case No. 2:14–cv–2327

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.

## ORDER

On August 17, 2015, Magistrate Judge King, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order No. 14-01, filed a Report and Recommendation ("R&R"), ECF No. 19, concerning the disposition of Amanda J. Clonch's ("Plaintiff") Complaint, ECF No. 2, in this Social Security case. The R&R recommended reversing the decision of the Social Security Administration and remanding the case to the Commissioner and the Administrative Law Judge ("ALJ") for further consideration of the evidence, as the ALJ did not consider Plaintiff's diagnosis of obesity in light of Social Security Ruling 02–01p, 2002 SSR Lexis 1 (Sept. 12, 2002). R&R 8–9, ECF No. 19.

Magistrate Judge King notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 11. Magistrate Judge King specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the

right to *de novo* review by the District Judge. *Id.* at 11–12. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R, ECF No. 19, is **ADOPTED**. The decision of the Commissioner of Social Security is **REVERSED**, and this matter is **REMANDED** to the Commissioner and ALJ.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**